John W. Beers and Charles H. Dickinson, Copartners Doing Business under the Firm Name and Style of Beers & Owens, Appellants, v. George G. Turner and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Louis Solinsky, Appellant, v. Moses Davidson and Jacob Davidson, the Names "Moses" and "Jacob" Being Fictitious, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

George M. Cohan and Samuel H. Harris, Partners Trading in the Firm Name of Cohan and Harris, Respondents, v. Eugene Walter, Appellant, Impleaded with David Belasco.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Comisky, Respondent, v. Francis Brothers & Jellett, Appellant.— Appeal dismissed, with ten dollars costs and disbursements.  No opinion.

Northern Bank of New York, Plaintiff, v. Clara Schleestein, Respondent, Impleaded with Mortimer Schleestein.  Hugh M. Hewson, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

In the Matter of the Application of the Public Service Commission for the First District for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railway or Railways for the Conveyance and Transportation of Persons and Property, as Determined by the Commission, Ought to Be Constructed and Operated.  Modifications of the Lexington Avenue Route.— Report confirmed.  Settle order on notice.

In the Matter of the Application of Charles J. Adams, a Non-resident, Appellant, for the Cancellation of a Personal Tax Imposed on Him for the Year 1907, After the Return of Said Tax by the Marshal as Uncollectible, for Want of Personal Property under Chapter 505 of the Laws of 1908, Known as Section 259-b of the Tax Law.*  The Comptroller of the City of New York and the Receiver of Taxes of Said City, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Mary E. Russell, Appellant, v. Cornelia Cornwell, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Joseph Strauss, Respondent, v. St. Louis County Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Mansell-Hunt-Catty & Company, Limited, Respondent, v. James Walter Catty and the J. W. Catty Company, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Ingraham, J., dissenting.

In the Matter of the City of New York.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

John Anthony Wilkens, Respondent, v. American Bank of Torreon, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

John O'Neill, as President of Branch No. 2, Longshoremen's Union Protective Association of Greater New York, Appellant, v. West Side Savings Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

* See Laws of 1896, chap. 908, § 259b, added by Laws of 1908, chap. 505.— [REP.